UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARCELLUS OVERTON,

                              Plaintiff,

                v.

PRIMORIS SERVICES
CORPORATION,

                              Defendant.

Case No. _____

**NOTICE OF REMOVAL**

TO:   THE HONORABLE JUDGES OF THE
      UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF NEW YORK

Defendant Primoris Services Corporation ("Defendant"), by and through its attorneys, Jackson Lewis P.C., respectfully states:

1.      Defendant files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441 and 1446 to remove to this Court a certain civil action that Plaintiff Marcellus Overton ("Plaintiff") commenced in New York State Supreme Court, County of Genesee, entitled, *Marcellus Overton v. Primoris Services Corporation*, Index No. 73028 (hereinafter "State Court Action").  The State Court Action is presently pending in that court.

2.      Pursuant to Local Rule 81(a)(3)(A) of this Court, annexed hereto as Exhibit A is an index identifying all documents filed in the State Court Action to Defendant's knowledge (this is not an e-filed case).

3.      Pursuant to Local Rule 81(a)(3)(B) of this Court, all documents filed and/or served in the State Court Action to date are annexed hereto as the following Exhibits.

**Exhibit B – Plaintiff's Summons, filed in state court on February 4, 2026;**

**Exhibit C – Plaintiff's Complaint filed in state court on February 4, 2026;**

1

4.    Plaintiff commenced the State Court Action by filing the Summons and Complaint on February 4, 2026 (Exhibits B and C).

5.    Defendant was served with the Complaint on February 5, 2026, by personal delivery via the Sheriff's Office.

6.    This Notice of Removal is being timely filed within the provisions of 28 U.S.C. § 1446. Defendant has effected removal within thirty (30) days of the service of the Complaint from which it could first be ascertained that this action is removable. *See* 28 U.S.C. § 1446(b).

7.    No proceedings have taken place in the State Court Action. Defendant has not served any answer or responsive pleading in connection with the State Court Action. Defendant has not made any appearance or argument before the Supreme Court of the State of New York, County of Genesee in connection with the State Court Action.

8.    Plaintiff's Complaint in the State Court Action alleges that he is filing this action based, in part, on purported violations of the Fair Credit Reporting Act ("FCRA). *See* Exhibit C, ¶¶ 65-72.

9.    Accordingly, the State Court Action is being removed to this Court pursuant to 28 U.S.C. § 1441 on the ground that original jurisdiction over Plaintiff's claims exists under 28 U.S.C. § 1331 by virtue of its federal question jurisdiction arising out of Plaintiff's claims under the FCRA (hereinafter the "Federal Claim").

10.    Plaintiff's Complaint in the State Court Action further alleges claims of criminal conviction status discrimination in violation of the New York State Human Rights Law ("NYSHRL") as well as other claims under New York State law (hereinafter the "State Claims"). *See* Exhibit C, ¶¶ 54-64, 73-88.

11.	Plaintiff's State Claims form part of the same case or controversy as Plaintiff's Federal Claim. *See* 28 U.S.C. § 1367. Accordingly, this Court has pendent jurisdiction over Plaintiff's State Claims pursuant to 28 U.S.C. § 1367 by virtue of their purported relatedness to Plaintiff's Federal Claim, over which this Court has original jurisdiction.

12.	This case is also within the original jurisdiction of this Court based upon diversity pursuant to 28 U.S.C. § 1332.  This section states that: "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States. 28 U.S.C. § 1332.

13.	Accordingly, the State Action is also being removed to this Court pursuant to 28 U.S.C. § 1332.

14.	The Complaint alleges that Plaintiff is a resident of New York. *See* Exhibit A, ¶ 3. Upon information and belief, at the time of the filing of the Complaint, and continuing to the date of this notice and petition, Plaintiff is a resident of New York.

15.	Defendant is a Delaware corporation and its principal place of business is located in Texas.

16.	Upon information and belief, the amount in controversy exceeds the $75,000 for establishing diversity jurisdiction.

17.	Based on Plaintiff's claims, Defendant may also remove the State Action pursuant to the provisions of 28 U.S.C. §§ 1332, 1441(a) and 1446.

18.    Upon filing this Notice of Removal, Defendant shall give prompt written notice thereof to Plaintiff and shall file a copy of said Notice of Removal with the Clerk, Supreme Court of the State of New York, County of Genesee.  Notice shall be given in two ways: (i) by transmitting a hard copy of the Notice of Removal to Plaintiff; and (ii) by transmitting a courtesy electronic copy of the Notice of Removal to Plaintiff via e-mail.  We will file an affidavit of service in this Court.

19.    Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled any claims upon which relief may be granted.

WHEREFORE, Defendant removes the above-captioned action now pending against them in the Supreme Court of the State of New York, County of Genesee, to the United States District Court for the Western District of New York, wherein it shall proceed as an action originally commenced therein.

Dated: February 25, 2026      *ATTORNEYS FOR DEFENDANT*
Albany, New York        PRIMORIS SERVICES CORPORATION


By:    */s/Kristi Rich Winters*
         Kristi Rich Winters
         JACKSON LEWIS P.C.
         677 Broadway, 9th Floor
         Albany, NY 12207
         Tel.:    (518) 512-8700
         Fax:    (518) 242-7730
         Kristi.Winters@jacksonlewis.com